The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Commonwealth of Virginia
   v. Shawn Lynn Botkin
   Record No. 0458-17-3
   Opinion rendered by Judge Petty on
   October 24, 2017

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. James Willis Campbell, Jr.
    v. Commonwealth of Virginia
   Record No. 1404-15-3
   Opinion rendered by Senior Judge Clements
     on October 25, 2016
   Judgment of Court of Appeals reversed and final judgment entered reinstating
     appellant's conviction by opinion rendered on December 14, 2017 (161676)

2. Sean Patrick Wolfe
    v. Commonwealth of Virginia
   Record No. 0058-16-4
   Opinion rendered by Judge O'Brien
     on December 13, 2016
   Refused (170097)

3. Abdul Lateef Salahuddin
    v. Commonwealth of Virginia
   Record No. 1874-15-2
   Opinion rendered by Judge Decker
     on January 31, 2017
   Refused (170294)

4. Arthur G. Kahn
    v. Eileen McNicholas
   Record No. 0982-16-4
   Opinion rendered by Judge Chafin
     on January 31, 2017
   Refused (170369)

5. Alfred Banks, Jr.
    v. Commonwealth of Virginia
   Record No. 2055-15-2
   Opinion rendered by Judge Decker
     on February 14, 2017
   Refused (170366)

6. Chezmin Brittany Suter
    v. Commonwealth of Virginia
   Record No. 1937-15-1
   Opinion rendered by Judge Humphreys
     on February 21, 2017
   Refused (170380)

7. Virginia Board of Medicine
    v. John Henry Hagmann, M.D.
   Record No. 1281-16-2
    Opinion rendered by Judge Decker
      on March 21, 2017
    Refused (170519)

8. Drew Tidwell
    v. Jennifer Late
   Record No. 1388-16-4
    Opinion rendered by Senior Judge Clements
      on May 30, 2017
    Dismissed pursuant to Code § 17.1-410(A)(3) and (B) (170857)

The Supreme Court issued an opinion in the following case, which had been appealed from this Court

1.  David Stanley James Pijor
    v. Commonwealth of Virginia
    Record No. 2065-15-4
    CAV petition for appeal denied by Judge Chafin on June 29, 2016
       and by Judges Humphreys, Decker and Russell on August 25, 2016
    Judgment of Court of Appeals affirmed by opinion rendered on December 28, 2017
    (161346)